IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM L. SULLIVAN, #157996, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1033-D |
| ) | (WO) |
| SIDNEY WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On November 17, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

2. Plaintiff's claims against the Alabama Board of Pardons and Paroles be and the same are hereby DISMISSED with prejudice prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and the Alabama Board of Pardons and Paroles is hereby DISMISSED as a party to this cause of action; and

3. this cause, with respect to Plaintiff's remaining claims against Sidney Williams, Nancy McCreary, Robert Longshore, and Caroline Minter is hereby REFERRED back to the Magistrate Judge for further proceedings.

DONE this 30th day of November, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE