IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM L. SULLIVAN, #157996, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV1033-ID |
| | ) | [WO] |
| SIDNEY WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 28 February 2006, the court entered an order (Doc. #29), granting in part the plaintiff's motion for discovery (Doc. # 25). The court directed the individual defendants to file certain documents, including the plaintiff's PSI Report. The Alabama Board of Pardons & Paroles filed a motion to vacate that order on 29 March 2006 (Doc. # 36), contending, *inter alia*, that the individual defendants are not the custodians of the documents in question, that they belong to  - and are in the custody of -  the Alabama Board of Pardons & Paroles, a non-party.[1]   The Board also filed a Motion For Stay of the order on 31 March 2006 (Doc. # 38).

Because the individual defendants are not the custodians or owners of the documents in question, and the custodian is a non-party, it is ORDERED as follows:

1. The motion to vacate is GRANTED.  If the plaintiff insists upon production of the documents, he may file a subpoena pursuant to Rule 45 of the FED. R.

---

[1] The Board was terminated as a party on 30 November 2005 (Doc. # 11).

       Civ. Pro.

2.      The motion to stay is DENIED as moot.

DONE this 9th day of May, 2006.

                                            /s/ Vanzetta Penn McPherson  
                                            VANZETTA PENN MCPHERSON  
                                            UNITED STATES MAGISTRATE JUDGE