IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM SULLIVAN, #157 996 | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 2:05-cv-1033-MEF |
| | | (WO) |
| SIDNEY WILLIAMS, *et al.*, | * | |
| Defendants. | * | |

## O R D E R

The Magistrate Judge filed a Report and Recommendation (Doc. #89) to which timely objections (Doc. #96) were filed.  The Magistrate Judge filed a Supplemental Recommendation (Doc. #98) in this case to which no timely objections have been filed. After a review of the Report and Recommendation and the Supplemental Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation as supplemented should be adopted.  Accordingly, it is

ORDERED that the Report and Recommendation and the Supplemental Recommendation of the Magistrate Judge are ADOPTED;  Defendants' MOTIONS for Summary Judgment (Doc. #18 & 63) on Plaintiff's due process, equal protection, and access to courts claim are GRANTED; Plaintiff's pendent state law claims are DISMISSED without prejudice..

Done this the 26th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE